UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | | |
|---|---|---|
| MICHAEL SCHONSCHACK, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:06-cv-175 |
| | ) | |
| v. | ) | |
| | ) | Honorable Richard Alan Enslen |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER OF DISMISSAL

Petitioner filed a "Petition for Writ of Coram Nobis" pursuant to the All Writs Act, 28 U.S.C. § 1651, which the Court construes as a habeas corpus action challenging his 1994 conviction for third-degree criminal sexual conduct.  On June 13, 2006, the Court entered an Order requiring Petitioner to file an amended petition on the form provided by the Court.  The Court allowed 30 days for Petitioner to comply.  Petitioner was warned that if he failed to comply, the Court would dismiss his case for want of prosecution.

More than 30 days have elapsed.  Petitioner did not submit an amended petition on the form.  Because Petitioner has failed to comply with the Court's Order, dismissal of this action without prejudice for want of prosecution is appropriate.  Therefore:

**IT IS HEREBY ORDERED** that the captioned case is **DISMISSED without prejudice**.

/s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                RICHARD ALAN ENSLEN
    July 24, 2006                          SENIOR UNITED STATES DISTRICT JUDGE